MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOHN ABAD,

  Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,

  Defendant.

No. 

JURY DEMANDED

## COMPLAINT

### JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. The Defendant Experian Information Solutions, Inc., ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5. Experian is a consumer reporting agency, as defined in FCRA § 1681(f), regularly engaged in the business of assembling, evaluating, and dispensing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

6. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7. Defendant reported 9 adverse credit entries on Plaintiff's June 14, 2007, credit profile (Exhibit 1).

7. None were Plaintiff's.

9. Importantly, neither Equifax nor Trans Union - Defendant's national competitors - report, or have reported any of the 9 adverse accounts.

10. Plaintiff disputed the 9 entries with Defendant.

11. Defendant removed all but the Aargon collection account (Exhibit 2).

12. The presence of the collection account has impeded Plaintiff's access to mortgage financing.

2

## STATEMENT OF CLAIM AS AGAINST DEFENDANT

13. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

    b. By willfully and/or negligently failing to comport with FCRA § 1681i.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a) actual damages;

    b) punitive damages;

    c) attorney's fees; and

    d) costs.

Respectfully submitted,

_/s/ Mitchell D. Gliner_
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

# experian

X Close window

**Online Personal Credit Report from Experian for**

Experian credit report prepared for
**JOHN ABAD**
Your report number is
**1772725199**
Report date:
**06/14/2007**


1800 4931658
Nancy

Index:
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allowed by law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny credit; each credit grantor makes that decision based on its own guidelines.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Potentially Negative Items

back to top

### Credit Items

nancy

For your protection, the last few digits of your account numbers do not display.

**AARGON AGENCY INC**
Address:
3025 W SAHARA AVE
LAS VEGAS, NV 89102
No phone number available
Status: Collection account. $113 past due as of Jun 2007.

Account Number:
2011084536

Original Creditor:
NEVADA POWER

Status Details: This account is scheduled to continue on record until Jul 2013.

/14
8694

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 04/2007 | Collection | $112 |
| Reported Since: | Terms: | High Balance: |
| 01/2007 | NA | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 01/2007 | $0 | $113 as of 06/2007 |
| Last Reported: | Responsibility: | Recent Payment: |
| 06/2007 | Individual | $0 |

Account History:
Collection as of Jun 2007, Jan 2007

**BANK OF AMERICA**
Address:
PO BOX 1390
NORFOLK, VA 23501
(800) 441-0130
Status: Account charged off/Past due 150 days. $5,141 written off. $1,768 past due as of May 2007.

Account Number:
480011599946....

Status Details: This account is scheduled to continue on record until Oct 2010.


EXHIBIT 1

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 08/2003 | Revolving | $4,000 |
| Reported Since: | Terms: | High Balance: |
| 09/2003 | NA | $6,477 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 06/2004 | $0 | $2,211 as of 05/2007 |

https://annualcreditreport.experian.com/AnnualCreditReport/cac/19_FullReport.jsp          6/14/2007

| | | |
|---|---|---|
| Last Reported:<br>05/2007 | Responsibility:<br>Individual | Recent Payment:<br>$0 |

Creditor's statement: Account closed at credit grantor's request.

Account History:
Charge Off as of May 2007, Apr 2007, Mar 2007, Feb 2007, Jan 2007, Dec 2006, Nov 2006, Oct 2006, Sep 2006, Aug 2006, Jul 2006, Jun 2006, May 2006, Apr 2006, Jul 2004, Jun 2004
150 days as of May 2004
120 days as of Apr 2004
90 days as of Mar 2004
60 days as of Feb 2004
30 days as of Jan 2004

Balance History:
04/2007  $2,157
03/2007  $2,105
02/2007  $2,050
01/2007  $2,003
12/2006  $1,953
11/2006  $1,905
10/2006  $1,858
09/2006  $1,814
08/2006  $1,768
07/2006  $1,723
06/2006  $1,681
05/2006  $1,639
04/2006  $1,599

Between Apr 2006 and Apr 2007, your credit limit/high balance was $4,000

3) BENEFICIAL/HFC
Address:                              Account Number:
PO BOX 1547                           6817020062....
CHESAPEAKE, VA 23327
*No phone number available*
Status: Transferred,closed/Account charged off. $4,033 written off.

| | | |
|---|---|---|
| Date Opened:<br>09/2003 | Type:<br>Installment | Credit Limit/Original Amount:<br>$3,940 |
| Reported Since:<br>09/2003 | Terms:<br>1 Months | High Balance:<br>NA |
| Date of Status:<br>12/2006 | Monthly Payment:<br>$0 | Recent Balance:<br>NA |
| Last Reported:<br>12/2006 | Responsibility:<br>Individual | Recent Payment:<br>NA |

Creditor's statement: Purchased by another lender.

Account History:
Charge Off as of Aug 2006 to Dec 2006, Apr 2006 to Jun 2006, Nov 2004
Collection as of Jun 2005 to Mar 2006, Jan 2005 to Apr 2005
180 days as of Jul 2004 to Oct 2004
150 days as of Jun 2004
120 days as of May 2004
90 days as of Apr 2004
60 days as of Mar 2004
30 days as of Feb 2004

4) BENEFICIAL/HFC
Address:                              Account Number:
PO BOX 1547                           6817020062....
CHESAPEAKE, VA 23327
*No phone number available*
Status: Paid in settlement/Account charged off. $5,577 written    Status Details: This account is scheduled to continue on record

off.

until Nov 2010.

Date Opened:
11/2003
Reported Since:
11/2003
Date of Status:
07/2006
Last Reported:
07/2006

Type:
Installment
Terms:
1 Months
Monthly Payment:
$0
Responsibility:
Individual

Credit Limit/Original Amount:
$7,702
High Balance:
NA
Recent Balance:
NA
Recent Payment:
NA

Creditor's statement: Account legally paid in full for less than full balance.

Account History:
Charge Off as of Apr 2006 to Jun 2006, Nov 2004
Collection as of Jun 2005 to Mar 2006, Jan 2005 to Apr 2005
180 days as of Jul 2004 to Oct 2004
150 days as of Jun 2004
120 days as of May 2004
90 days as of Apr 2004
60 days as of Mar 2004
30 days as of Feb 2004

CITI
Address:
PO BOX 6241
SIOUX FALLS, SD 57117
No phone number available

Account Number:
542418083365....

Status: Paid,Closed/Account charged off. $7,452 written off.

Date Opened:
08/2002
Reported Since:
08/2002
Date of Status:
10/2005
Last Reported:
10/2005

Type:
Revolving
Terms:
NA
Monthly Payment:
$0
Responsibility:
Individual

Credit Limit/Original Amount:
$5,790
High Balance:
$9,481
Recent Balance:
NA
Recent Payment:
NA

Creditor's statement: Account closed at credit grantor's request.

Account History:
Charge Off as of Jul 2004 to Sep 2005, Jun 2004
150 days as of May 2004
120 days as of Apr 2004
90 days as of Mar 2004
60 days as of Feb 2004

Balance History:
09/2005  $0
08/2005  $0
07/2005  $0
06/2005  $0

Between Jun 2005 and Sep 2005, your credit limit/high balance was $5,790

COMMUNITY ONE FCU
Address:
2699 N TENAWAY
LAS VEGAS, NV 89125
No phone number available
Status: Open/Current, was past due 30 days.

Account Number:
427506030000....

Status Details: As of Jan 2014, this account is scheduled to go to a positive status.

| | | |
|---|---|---|
| Date Opened:<br>10/1999<br>Reported Since:<br>05/2001<br>Date of Status:<br>05/2007<br>Last Reported:<br>05/2007 | Type:<br>Revolving<br>Terms:<br>NA<br>Monthly Payment:<br>$77<br>Responsibility:<br>Joint with MINERVA D ABAD | Credit Limit/Original Amount:<br>$2,500<br>High Balance:<br>$2,614<br>Recent Balance:<br>$2,558 as of 05/2007<br>Recent Payment:<br>$200 |

Account History:
30 days as of Apr 2007, Feb 2007, Nov 2006

Balance History:
04/2007  $2,565
03/2007  $2,528
02/2007  $2,614
01/2007  $2,577
12/2006  $2,550
11/2006  $2,559
10/2006  $2,523
09/2006  $2,472
08/2006  $2,384
07/2006  $2,519
06/2006  $2,144
05/2006  $2,018
04/2006  $1,839
03/2006  $1,546
02/2006  $1,728
01/2006  $1,909
12/2005  $2,087
11/2005  $1,955
10/2005  $1,799
09/2005  $1,934
08/2005  $1,087
07/2005  $216
06/2005  $135

Between May 2006 and Apr 2007, your credit limit/high balance was $2,500
Between Aug 2005 and Apr 2006, your credit limit/high balance was $2,000
Between Jun 2005 and Jul 2005, your credit limit/high balance was $1,500

**COUNTRYWIDE HOME LOANS**
Address:                              Account Number:
450 AMERICAN STREET      2297....
SIMI VALLEY, CA 93065
(800) 669-6607
Status: Paid,Closed/Current, was past due 30 days.

| | | |
|---|---|---|
| Date Opened:<br>08/2003<br>Reported Since:<br>11/2003<br>Date of Status:<br>05/2005<br>Last Reported:<br>05/2005 | Type:<br>Mortgage<br>Terms:<br>30 Years<br>Monthly Payment:<br>$0<br>Responsibility:<br>Individual | Credit Limit/Original Amount:<br>$134,550<br>High Balance:<br>NA<br>Recent Balance:<br>NA<br>Recent Payment:<br>NA |

Account History:
30 days as of Nov 2004, Jan 2004

**LITTON LOAN SERVICING**
Address:                              Account Number:
4828 LOOP CENTRAL DR    0000000001463....
HOUSTON, TX 77081
*No phone number available*
Status: Paid,Closed/Foreclosure proceedings started.

Date Opened: 04/2005
Reported Since: 12/2005
Date of Status: 03/2006
Last Reported: 03/2006

Type: Mortgage
Terms: 30 Years
Monthly Payment: $0
Responsibility: Joint with MINERVA D ABAD

Credit Limit/Original Amount: $231,000
High Balance: NA
Recent Balance: NA
Recent Payment: NA

Account History:
Foreclosure proceedings started as of Feb 2006, Jan 2006
90 days as of Dec 2005

**WELLS FARGO BANK**
Address:
PO BOX 5445
PORTLAND, OR 97228
(877) 778-5697

Account Number: 5490960190571....

Status: Account charged off/Past due 180 days. $4,156 written off. $1,582 past due as of Jun 2007.

Status Details: This account is scheduled to continue on record until May 2013.

Date Opened: 09/1998
Reported Since: 08/2002
Date of Status: 02/2007
Last Reported: 06/2007

Type: Revolving
Terms: NA
Monthly Payment: $0
Responsibility: Individual

Credit Limit/Original Amount: $3,200
High Balance: $4,156
Recent Balance: $4,156 as of 06/2007
Recent Payment: $0

Account History:
Charge Off as of Jan 2007 to Jun 2007
180 days as of Jan 2007
150 days as of Dec 2006
120 days as of Nov 2006
90 days as of Oct 2006
60 days as of Sep 2006
30 days as of Aug 2006

Balance History:
05/2007  $4,156
04/2007  $4,156
03/2007  $4,156
02/2007  $4,156
01/2007  $4,156
12/2006  $4,156
11/2006  $4,156
10/2006  $3,995
09/2006  $3,811
08/2006  $3,611
07/2006  $3,430
06/2006  $3,376
05/2006  $3,091
04/2006  $3,229
03/2006  $3,350
02/2006  $3,429
01/2006  $3,477
12/2005  $3,325
11/2005  $3,093
10/2005  $3,261
09/2005  $3,115
08/2005  $3,025
07/2005  $677
06/2005  $40

Between Jun 2005 and May 2007, your credit limit/high balance was $3,200

## Accounts in Good Standing

back to top

**AMEX**
Address:
PO BOX 297812
FT LAUDERDALE, FL 33329
(800) 528-2122
Status: Open/Never late.

Account Number:
8774567800011371707

Date Opened:
11/2006
Reported Since:
05/2007
Date of Status:
05/2007
Last Reported:
05/2007

Type:
Revolving
Terms:
NA
Monthly Payment:
$0
Responsibility:
Individual

Credit Limit/Original Amount:
$5,000
High Balance:
$3,620
Recent Balance:
$3,620 as of 05/2007
Recent Payment:
$0

Balance History:
04/2007  $3,146
03/2007  $3,053
02/2007  $2,874
01/2007  $330

Between Jan 2007 and Apr 2007, your credit limit/high balance was $5,000

**BANK OF AMERICA**
Address:
201 N TRYON ST
CHARLOTTE, NC 28255
*No phone number available*
Status: Paid,Closed/Never late.

Account Number:
6501000057....

Status Details: This account is scheduled to continue on record until Feb 2015.

Date Opened:
05/2003
Reported Since:
06/2003
Date of Status:
02/2005
Last Reported:
02/2005

Type:
Installment
Terms:
60 Months
Monthly Payment:
$0
Responsibility:
Individual

Credit Limit/Original Amount:
$24,013
High Balance:
NA
Recent Balance:
NA
Recent Payment:
NA

**CHASE**
Address:
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081
(800) 955-9900
Status: Paid,Closed/Never late.

Account Number:
514922427006....

Status Details: This account is scheduled to continue on record until Jun 2017.

Date Opened:
04/2004
Reported Since:
04/2004
Date of Status:
06/2007
Last Reported:
06/2007

Type:
Revolving
Terms:
NA
Monthly Payment:
$0
Responsibility:
Individual

Credit Limit/Original Amount:
$3,000
High Balance:
$2,989
Recent Balance:
NA
Recent Payment:
NA

Creditor's statement: Account closed at credit grantor's request.

Balance History:
05/2007  $0

Printable Full Report



**Online Personal Credit Report from Experian for**

Experian credit report prepared for
**JOHN ABAD**
Your report number is
**1772725199**
Report date:
**07/11/2007**

X Close window

Index:
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allowed by law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny credit; each credit grantor makes that decision based on its own guidelines.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Potentially Negative Items

back to top

### Credit Items

For your protection, the last few digits of your account numbers do not display.

**AARGON AGENCY INC**
Address:
3025 W SAHARA AVE
LAS VEGAS, NV 89102
No phone number available

Account Number:
2011084536

Original Creditor:
NEVADA POWER

Status: Collection account. $113 past due as of Jun 2007.

Status Details: This account is scheduled to continue on record until Jul 2013.
This item was verified on Jul 2007 and remained unchanged.

Date Opened:
04/2007
Reported Since:
01/2007
Date of Status:
01/2007
Last Reported:
06/2007

Type:
Collection
Terms:
NA
Monthly Payment:
$0
Responsibility:
Individual

Credit Limit/Original Amount:
$112
High Balance:
NA
Recent Balance:
$113 as of 06/2007
Recent Payment:
$0

Account History:
Collection as of Jun 2007, Jan 2007

## Accounts in Good Standing

back to top

**AMEX**
Address:
PO BOX 297812
FT LAUDERDALE, FL 33329
(800) 528-2122
Status: Open/Never late.

Account Number:
877456780011371707

Date Opened:
11/2006
Reported Since:

Type:
Revolving
Terms:

Credit Limit/Original Amount:
$5,000
High Balance:

**EXHIBIT 2**

https://www.experian.com/consumer/cac/19_FullReport.jsp                         7/11/2007